NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-7049

FRANK D. KELLEY,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in case no. 06-2861, Judge Mary J. Schoelen.

ON MOTION

ORDER

The Secretary of Veterans Affairs moves to summarily affirm the judgment of the United States Court of Appeals for Veterans Claims in light of this court's en banc decision in Henderson v. Shinseki, 589 F.3d 1201 (Fed. Cir. 2009). Frank D. Kelley opposes. The Secretary replies and moves for an extension of time to file his reply.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)	The Secretary's motion to summarily affirm is denied without prejudice to renewal.

(2)	The Secretary's motion for an extension of time to file his reply is granted.

(3)	The briefing schedule is stayed pending the Supreme Court's final disposition of Henderson. The parties are directed to inform this court, within 14 days of the Supreme Court's final disposition of Henderson, concerning how they believe that this appeal should proceed.

FOR THE COURT

_____
MAY 0 6 2010
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Peter J. Sebekos, Esq.
    Elizabeth M. Hosford, Esq.

s20

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 6 2010

JAN HORBALY
CLERK